**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Christina M. Dallas<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5962<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–23034–ABA | |

# Order of Discharge       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Christina M. Dallas

9/9/20                              **By the court:** Andrew B. Altenburg Jr.
                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                              District of New Jersey

In re:                                                          Case No. 15-23034-ABA
Christina M. Dallas                                             Chapter 13
        Debtor            CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Sep 09, 2020
                              Form ID: 3180W           Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2020.
db             +Christina M. Dallas,    39 Fox Chase Drive,    Blackwood, NJ 08012-4437
intp            B. Dennis,    PO Box 1732,    Bellmawr, NJ 08099-1732
cr             +WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRIST,    RAS CRANE, LLC,
                 10700 ABBOTT'S BRIDGE ROAD, SUITE 170,    DULUTH, GA 30097-8461
cr             +Wilmington Savings Fund Society, FSB DBA Christian,     314 S. Franklin Street,   2nd Floor,
                 Titusville, PA 16354-2168
515616974       Bruce Dennis,    PO Box 1732,    Bellmawr, NJ 08099-1732
515616979       Elsie May Lewis,    122 Victor Ave,    Clementon, NJ 08021-4815
515616980      +Emerg Phy Assoc Of S.Jersey, PC,     2620 Ridgewood Rd Ste 300,    Akron, OH 44313-3527
515616982       Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
515616983       First Premier Bank,    3820 N Louise Ave,    Colman, SD 57017
515616984       Healthcare Revenue Recovery Group, LLC,     PO Box 189053,    Fort Lauderdale, FL 33318-9053
515616985    ++++KENNEDY FAMILY HEALTH CENTER,    1200 S WHITE HORSE PIKE STE 1,    SOMERDALE NJ 08083-1332
               (address filed with court: Kennedy Family Health Center,      1 Somerdale Sq,
                 Somerdale, NJ 08083-1345)
515616986       Kennedy Health System,    PO Box 48023,    Newark, NJ 07101-4823
515616987       Kivitz McKeever Lee PC,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
515616989       NCO - Medclear,    PO Box 8547,    Philadelphia, PA 19101-8547
515616990       Nudelman, Nudelman & Ziering,     425 Eagle Rock Ave Ste 403,    Roseland, NJ 07068-1717
515616991       Progressive Management Systems,     PO Box 2220,    West Covina, CA 91793-2220
515616992       Radiology Assoc Of New Jersey, PC,     PO Box 229,    Mount Laurel, NJ 08054-0229
515616993       Remex, Inc.,    322 Wall St,    Princeton, NJ 08540-1515
515616996       Stratford Emergency Physicians,     PO Box 830001,    Orlando, FL 32885-1004
518684529      +U.S. Bank Trust National Association as Trustee f,     Serviced by Select Portfolio Servicing,,
                 PO Box 65250,    Salt Lake City, UT 84165-0250
518684530      +U.S. Bank Trust National Association as Trustee f,     Serviced by Select Portfolio Servicing,,
                 PO Box 65250,    Salt Lake City, UT 84165-0250,    U.S. Bank Trust National Association as,
                 Serviced by Select Portfolio Servicing,
516146618      +Wilmington Savings Fund Society FSB,     c/o BSI Financial Services,
                 7500 Old Georgetown Rd, Suite 1350,    Bethesda, MD 20814-6240
516146619      +Wilmington Savings Fund Society FSB,     c/o BSI Financial Services,
                 7500 Old Georgetown Rd, Suite 1350,    Bethesda, MD 20814,
                 Wilmington Savings Fund Society FSB,    c/o BSI Financial Services 20814-6240
518316202       Wilmington Savings Funds Society, FSB,     Attn Fay Servicing LLC,    PO Box 814609,
                 Dallas, TX 75381-4609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 10 2020 00:05:14      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 10 2020 00:05:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515616973       EDI: BANKAMER.COM Sep 10 2020 03:28:00      Bank Of America Home Loans Servicing, LP,
                 ATTN: Customer Service,    PO Box 5170,    Simi Valley, CA 93062-5170
515756699      +EDI: BANKAMER.COM Sep 10 2020 03:28:00      Bank of America, N.A.,    P.O. Box 5170,
                 Simi Valley, CA 93062-5170
515616975       EDI: CAPITALONE.COM Sep 10 2020 03:28:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
515715627       EDI: CAPITALONE.COM Sep 10 2020 03:28:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC 28272-1083
515616976      +EDI: CONVERGENT.COM Sep 10 2020 03:28:00      Convergent Outsourcing,    800 SW 39th St,
                 Renton, WA 98057-4927
515616977       E-mail/Text: bankruptcy@certifiedcollection.com Sep 10 2020 00:05:01
                 Cooper PA Diagnostic Radi,    C/O Certified Credit & Collection Bureau,    PO Box 336,
                 Raritan, NJ 08869-0336
515616978       EDI: NAVIENTFKASMDOE.COM Sep 10 2020 03:28:00      Dept Of Ed/Navient,    PO Box 9635,
                 Wilkes Barre, PA 18773-9635
515616981       E-mail/Text: bknotice@ercbpo.com Sep 10 2020 00:05:19      Enhanced Recovery Corporation,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
515616988       E-mail/Text: Bankruptcies@nragroup.com Sep 10 2020 00:05:53      National Recovery Agency,
                 PO Box 67015,    Harrisburg, PA 17106-7015
515749950       EDI: NAVIENTFKASMSERV.COM Sep 10 2020 03:28:00      Navient Solutions Inc. on behalf of,
                 Department of Education Services,    P.O. Box 9635,    Wilkes-Barre PA. 18773-9635
515807585      +EDI: JEFFERSONCAP.COM Sep 10 2020 03:28:00      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
515616995       EDI: NEXTEL.COM Sep 10 2020 03:28:00      Sprint Nextel,    ATTN: Bankruptcy Department,
                 PO Box 7949,    Overland Park, KS 66207-0949
515616994       EDI: NAVIENTFKASMSERV.COM Sep 10 2020 03:28:00      SallieMae,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
                                                                                              TOTAL: 15
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Sep 09, 2020
                              Form ID: 3180W           Total Noticed: 39
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516838882         Wilmington Savings Fund,   Society, Fsb, D/B/A Christiana,   Trust, Not Individually But As,
                   Trustee For Ventures Trust 2013-I-H-R,,    A Delaware Trust c/o Fay,    Servicing, LLC
516838883         Wilmington Savings Fund,   Society, Fsb, D/B/A Christiana,   Trust, Not Individually But As,
                   Trustee For Ventures Trust 2013-I-H-R,,    A Delaware Trust c/o Fay,    Servicing, LLC
517148869*       +Fay Servicing, LLC,   3000 Kellway Dr.,    Ste 150,    Carrollton, TX 75006-3357
517021636      ##+Fay Servicing LLC,   3000 Kellway Drive,    Ste 150,    Carrollton, TX 75006-3357
517148870      ##+Fay Servicing, LLC,   3000 Kellway Dr.,    Ste 150,    Carrollton, TX 75006,   Fay Servicing, LLC,
                   3000 Kellway Dr. 75006-3357
                                                                                       TOTALS: 2, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2020 at the address(es) listed below:

```
              Andrew M. Lubin    on behalf of Creditor    U.S. Bank Trust National Association as Trustee for
               GIFM Holdings Trust bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA
               TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR VENTURES TRUST 2013-I-H-R, A DELAWARE TRUST
               hkaplan@rasnj.com,   informationathnk@aol.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A.
               josh.goldman@padgettlawgroup.com,   bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    Wilmington Savings Fund Society, Fsb, D/B/A Christina
               Trust, Not Individually But as Trustee for Ventures Trust 2013-I-H-R, A Delaware Trust c/o Fay
               Servicing, LLC bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
              Melissa N. Licker    on behalf of Creditor    Wilmington Savings Fund Society
               NJ_ECF_Notices@mccalla.com,   mccallaecf@ecf.courtdrive.com
              Rex J. Roldan    on behalf of Debtor Christina M. Dallas roldanlaw@comcast.net,
               roldanlaw1@gmail.com
              Sindi Mncina    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A
               smncina@rascrane.com
                                                                                             TOTAL: 10
```