Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                   Case No.: 15–23034–ABA
                                   Chapter: 13
                                   Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christina M. Dallas
   39 Fox Chase Drive
   Blackwood, NJ 08012

Social Security No.:
   xxx–xx–5962

Employer's Tax I.D. No.:

## FINAL DECREE

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 8, 2020</u>                      <u>Andrew B. Altenburg Jr.</u>
                                                     Judge, United States Bankruptcy Court